**ORIGINAL** RECEIVED & FILED

Aug 26  3 11 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

MARYCARMEN RUIZ
6623 Alma White St.
Las Vegas, NV 89110
(702) 303-6506
In Proper Person

UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of: | BK-S-09-24296mkn |
| | Chapter 7 |
| MARINA H. MONTES, | |
| | Hearing Date: 9/23/09 |
| Debtor. | Hearing Time: 1:30 pm |

## NOTICE OF MOTION TO LIFT STAY

TO:   ALL CREDITORS:
      TRUSTEE:        BRIAN D. SHAPIRO

NOTICE IS HEREBY GIVE that a MOTION TO LIFT STAY was filed herein by **MARYCARMEN RUIZ,** in proper person.

Any Opposition must be filed pursuant to Local Rule 9013(e)(1):

*Local Rule 9013(e)(1): Except for motions made pursuant to Fed. R. Bank. P. 7056 and LR 7056, an opposition to a motion must filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBR 9006(e)&(f), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court. The opposition must set forth all relevant facts and must contain a legal memorandum. An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule.

If an objection is not timely filed and served, the request may be granted without a hearing. LR 9013(a)(1) and LR 9013(c)(1)(E).

NOTICE IS FURTHER GIVEN that the hearing on the said confirmation
...

...

...

...

Page 1

1 | hearing will be held before a United States Bankruptcy Judge at the
2 | Foley Federal Building, 300 Las Vegas Blvd South, Las Vegas, Nevada,
3 | 89101 on __9/23/09__ at __1:30 pm__.
4 | DATED: 8-26-2009
5 | Respectfully submitted
6 |
7 | By: /s/ Marycarmen Ruiz
  | **MARYCARMEN RUIZ**
8 | 6623 Alma White St.
  | Las Vegas, NV 89110
9 | (702) 303-6506
  | In Proper Person