☐ ORIGINAL

MARYCARMEN RUIZ
6623 Alma White St.
Las Vegas, NV 89110
(702) 303-6506
In Proper Person

RECEIVED & FILED

Aug 26   3 11 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATE BANKRUPTCY COURT
DISTRICT OF NEVADA

In the Matter of:              ]      BK-S-09-24296mkn
                               ]      Chapter 7
MARINA H. MONTES,              ]
                               ]      9/23/09
    Debtor.                    ]      1:30pm
_____]

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a true copy of the

MOTION FOR RELIEF FROM AUTOMATIC STAY on  8-26-09  was mailed to:

Juan and Marina Montes
1130 Laguna Park
Las Vegas, NV 89110

BRIAN D. SHAPIRO
411 E. Bonneville #300
Las Vegas, NV 89101

by first class mail.

DATED 8-26-09.

_____
MARYCARMEN RUIZ
CREDITOR in PROPER PERSON

Page 1